

FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA OROZCO,<br><br>Defendant. | Case No.  23-mj-02122 DUTY<br><br>ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violation of Pretrial Conditions of Release) |

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

    1. The Court finds there is:

    ☐ probable cause to believe that the defendant has committed a federal, state, or local crime while on release and/or

    ☒ clear and convincing evidence that the defendant has violated a condition of release; and

    2.  ☒ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the

defendant will not pose a danger to the safety or any other person or the community;

--risk of flight: instant allegation (failure to appear)

--danger to the community:

☐ The defendant is unlikely to abide by any condition or combination of conditions of release.

3. ☐ There is probable cause to believe that, while on release, the defendant committed a federal, state, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: May 1, 2023

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE